JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00715-SSS-SHKx | Date | June 7, 2024 |
| Title | Kristian Annette Vandiver v. Petsmart, LLC, et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Tikran Babayan | Aaron M. Rutschman |

**Proceedings:  ZOOM HEARING RE:  DEFENDANT PETSMART, LLC'S MOTION TO DISMISS [Dkt. 15]; DEFENDANT HAECKEL'S MOTION TO DISMISS [Dkt. 16]; & PLAINTIFF'S MOTION TO REMAND [Dkt. 17]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, the Court **ORDERS** as follows:

1. Plaintiff's Motion to Remand is **GRANTED** and this matter is **REMANDED** to the Riverside County Superior Court.  [Dkt. 17].

2. Defendant Petsmart, LLC's Motion to Dismiss is **DENIED as moot**.  [Dkt. 15].

3. Defendant Haeckel's Motion to Dismiss is **DENIED as moot**.  [Dkt. 16].

**IT IS SO ORDERED.**

Time:  00:18
Initials of Preparer: iv